Daniels, G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

JAMEL FRAZIER and PHILLIP BAZILE

          Plaintiffs,:

   -against-         : No. 17-cv-4197 (GBD)

ALPHA CLEANING SERVICES INC., MAJESTIC
CLEANING INC., NEW YORK COMMERCIAL
CLEANING SERVICES, INC. all d/b/a ALPHA
CLEANING INC, D B MAINTENANCE CO INC,
and/or MAJESTIC CLEANING and/or any other
affiliated entities,

         Defendants.:

------------------------------------------------------------ x

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby agreed that the Complaint be dismissed without prejudice and without costs or attorney's fees to any party.

Dated: New York, New York
    July 19, 2017

VIRGINIA & AMBINDER, LLP

By _____

 Lloyd R. Ambinder
 Jack L. Newhouse
40 Broad, Seventh Floor
New York, New York 10004
212-943-9080

*Attorneys for Plaintiffs*

LITTLER MENDELSON, P.C.

By _____

 Daniel Sergio Gomez-Sanchez
290 Broadhollow Road, Suite 305
Melville, New York 11747
212-492-2500

*Attorneys for Defendants*

**SO ORDERED:** JUL 20 2017

_____
George B. Daniels
U.S.D.J.